IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROWLO LLC D/B/A WUFFES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 1:26-cv-502 |
| | § | |
| | § | |
| LUKE C. RICE, *individually*, | § | Demand For Jury Trial |
| and SURGE SUPPLY LLC, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Rowlo LLC, d/b/a Wuffes ("*Wuffes*" or "*Plaintiff*"), by and through its undersigned counsel, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and District of Maryland Local Rule 108, hereby moves the Court for entry of default against Defendants Luke Rice ("Luke Rice") and Surge Supply LLC ("Surge Supply") (collectively, "Defendants"). In support of its Motion, Plaintiff states the following:

## I.    BACKGROUND

This action arises from Defendants' willful and unauthorized resale of WUFFES®-branded dog supplements on Amazon, resulting in trademark infringement, unfair competition, false advertising, trademark dilution, and tortious interference with business relations. Dkt. No. 1.

## II.    SERVICE OF PROCESS

Plaintiff initiated this action on February 6, 2026, by filing its Complaint against Defendants. Dkt. No. 1. Defendants were properly served with process on February 10, 2026. Luke Rice was served at 6726 Green Mill Way, Columbia, Maryland 21044, at 8:45 PM on February 10, 2026. Service was effectuated through personal delivery of the Summons, Complaint, Exhibits,

1

Civil Cover Sheet, Disclosure of Corporate Interest, and Pro Hac Vice motions. Dkt. No. 16. Surge Supply was served through its registered agent, Luke Rice, at 6726 Green Mill Way, Columbia, Maryland 21044, at 8:45 PM on February 10, 2026. Service was effectuated through personal delivery of the Summons, Complaint, Exhibits, Civil Cover Sheet, Disclosure of Corporate Interest, and Pro Hac Vice motions. Dkt. No. 17.

## III.    FAILURE TO PLEAD OR OTHERWISE DEFEND

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants were required to serve an answer or responsive pleading within 21 days after being served with the summons and complaint. Service was effectuated on February 10, 2026, making Defendants' responsive pleadings due on or before March 3, 2026. *See* Dkt. Nos. 16, 17 (indicating answer due March 3, 2026).

As of the date of this Motion, Defendants have failed to file an answer, responsive pleading, or make an appearance, despite David Miller of DAM Law Firm (David Allen Miller Law, PLLC) indicating to Plaintiff's counsel on February 24, 2026, that he represents Defendants. Mr. Miller failed to respond to Plaintiff's subsequent emails, including a March 5, 2026, email notifying him that Defendants were in default.

## IV.    ENTRY OF DEFAULT IS PROPER

Federal Rule of Civil Procedure 55(a) stats that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Local Rule 108.2(a) further requires that "[t]o obtain an entry of default pursuant to Fed. R. Civ. P. 55(a), the plaintiff must file a written request with the Court. This request shall contain the last known address of the defendant."

2

Plaintiff has satisfied all requirements for entry of default. Defendants have failed to plead or otherwise defend against the Complaint, and the last known addresses of Defendants and Defendants' counsel are as follows:

| **Luke C. Rice**<br>6726 Green Mill Way<br>Columbia, Maryland 21044 | **Surge Supply LLC**<br>c/o Luke C. Rice<br>6726 Green Mill Way<br>Columbia, Maryland 21044 | **DAM LAW FIRM**<br>244 Fifth Avenue, Suite #W225<br>New York, Ny 10001<br>david@damlawfirm.com |
|---|---|---|

## V.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court enter default against Defendants pursuant to Fed. R. Civ. P. 55(a).

Dated: March 6, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Meredith A. Storm*

**Meredith Storm (Bar No. 21621)**
meredith.storm@nelsonmullins.com
100 Charles St., Suite 1600
Baltimore, MD 21201
Tel: (443) 392-9400
Fax: (443) 392-9499

**Erik Janitens** (*pro hac vice*)
erik.janitens@nelsonmullins.com
**Tammy Terry** (*pro hac vice*)
tammy.terry@nelsonmullins.com
**Brittany Rupple** (*pro hac vice*)
brittany.rupple@nelsonmullins.com
**Chance Siller** (*pro hac vice*)
chance.siller@nelsonmullins.com
1111 Bagby Street, Suite 2100
Houston, TX 77002
Tel: (346) 646-4975
Fax: (346) 241-3758

*COUNSEL FOR PLAINTIFF*